**Order entered March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01281-CR

**RODNEY CRAIG KORNEGAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 11CL-0501-2**

## ORDER

The Court **REINSTATES** the appeal.

On February 14, 2013, we ordered trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by appointed counsel; (3) counsel was not getting notices about the appeal because they were being sent to the wrong address; and (4) due to his workload as a solo practitioner, counsel required thirty days to file appellant's brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.


/s/     DAVID EVANS
         JUSTICE